AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2020

SEAN F. McAVOY, CLERK

JON JASON KING,

*Plaintiff*

v.

BENTON COUNTY SUPERIOR COURT CLERK'S OFFICE, JOSIE DELVIN, RUSSELL LODGE, JANE DOES 1-10, JOHN DOES 1-5, BENTON COUNTY, et al.,

*Defendant*

Civil Action No.  4:20-CV-05054-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  IT IS ORDERED that the First Amended Complaint, ECF No. 17, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian.

Date:  December 10, 2020

*CLERK OF COURT*

SEAN F. McAVOY

_____
*(By) Deputy Clerk*

Sean F. McAvoy